IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
vs. ) Civil No. 12-19-JPG
)
HOPE S. JOHNSON, )
)
Defendant. )

## CONSENT JUDGMENT

The United States of America having filed its complaint, and the defendant, Hope S. Johnson, having waived her right to file an answer and waived any defense which she may have to the entry of judgment, and sufficient reason appearing for the entry of said judgment:

IT IS HEREBY ORDERED that judgment is entered in favor of the plaintiff, United States of America, and against the defendant, Hope Johnson, on Count 1 of the Complaint in the total sum of $10,158.00 as of March 7, 2012. The defendant shall have the option to satisfy this judgment by paying to the United States Department of Justice, the sum of $200.00 per month with said payments beginning on April 22, 2012. This payment schedule is subject to annual review for increase. That if the defendant fails to pay the installments when due, the option to satisfy said judgment is canceled and plaintiff shall be entitled to proceed by law.

The total amount of the judgment in favor of the plaintiff, United States of America, and against the defendant, Hope S. Johnson, is $10,158.00.

IT IS FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket.

DATED: 4/13/12

_____
United States District Judge

Entry of the foregoing judgment
is hereby consented to:

_____     3-27-12
Gerald M. Burke                 Date
Assistant United States Attorney

_____     3/21/12
Hope S. Johnson                 Date
Defendant

2